UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | PRISONER |
| | : | Case No.: 3:01-cr-289 (CFD) |
| vs. | : | |
| | : | |
| SCOTT KNOX | : | |

**ORDER FOR SUPPLEMENTAL BRIEF**

In October 2003, the petitioner, Scott Knox, filed a motion pursuant to 28 U.S.C. § 2255. In November 2003, the Government filed a memorandum in response to the petition. In December 2003, the petitioner filed a reply and a supplemental reply to the Government's memorandum. [Docs. # 44 & 45]. The Government is directed to file a response to Docs. #44 & 45 by **February 28, 2005**, including addressing the issue of whether an evidentiary hearing is appropriate. Petitioner may also supplement his response by that date.

SO ORDERED, this   10th   day of February 2005, at Hartford, Connecticut.

_____/s/ CFD_____
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**