UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | PRISONER |
| | : | Case No.: 3:01-cr-289 (CFD) |
| vs. | : | |
| | : | |
| SCOTT KNOX | : | |

## ORDER TO SHOW CAUSE

In October 2003, the petitioner, Scott Knox, filed a motion pursuant to 28 U.S.C. § 2255. On February 28, 2005, the Government filed a memorandum in response to the petition, arguing that the petitioner's motion is moot and should be dismissed because the petitioner has been discharged from incarceration. The petitioner is hereby ordered to file a response on or before **May 20, 2005**, as to why his § 2255 motion should not be dismissed as moot.

The Clerk is directed to sent a copy of this order to the petitioner at 72 Barrington Lane, Chester Springs, PA 19425.

SO ORDERED, this 29th day of April 2005, at Hartford, Connecticut.

_____/s/ CFD_____
**CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE**