UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:01CR289(CFD) |
| | : | CIV. NO.  3:03CV1662(CFD) |
| | : | |
| v. | : | |
| | : | June 20, 2005 |
| | : | |
| SCOTT KNOX | : | |

## GOVERNMENT'S MOTION TO DISMISS PETITIONER'S MOTION PURSUANT TO 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE

On December 13, 2001, Scott Knox (the "petitioner") waived Indictment and pleaded guilty to a two-count Information alleging that he violated 18 U.S.C. §§ 2320 and 2(trafficking in counterfeit goods).  The petitioner pleaded guilty to trafficking in counterfeit nutritional supplements bearing marks registered in United States to Muscletech Research and Development, Inc. and Cytodyne Technologies, Inc.  On January 24, 2003, the Court sentenced the petitioner to eighteen months imprisonment and three years of supervised.

In October 2003, the petitioner filed a motion pursuant to 28 U.S.C. § 2255.  On November 18, 2003, the Government filed its response to the petitioner's motion.  On approximately December 14, 2003, the petitioner filed a reply to the Government's response.

On February 10, 2005, the District Court invited the Government to file a reply to the petitioner's December 2003 pleadings.  On approximately February 28, 2005, the Government filed a memorandum requesting that the District Court dismiss the

petitioner's motion for two reasons: (1) the petition was moot as a result of the defendant's discharge from incarceration and (2) the defendant did not possess a Sixth Amendment right to effective assistance of counsel at the time of the federal grand jury investigation and, as a result, his Sixth Amendment ineffective assistance of counsel claim fails as a matter of law.

On April 29, 2005, the District Court entered an Order requiring the petitioner to file a response to the Government's memorandum no later than May 20, 2005 addressing why the petitioner's section 2255 motion should not be dismissed as moot.

The defendant has failed to comply with the District Court's Order.  Accordingly, the Government respectfully requests that the Court dismiss the defendant's section 2255 petition for the reasons stated in the Government's previous pleadings.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JAMES J. FINNERTY
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
United States Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604
Tel: (203) 696-3000
Federal Bar No. CT15203

CERTIFICATION OF SERVICE

I hereby certify that I caused a copy of the foregoing to be forwarded via United States Mail, First Class, postage prepaid, this June 20, 2005 to:

Scott Knox
72 Barrington Lane
Chester Springs, PA 19425

JAMES J. FINNERTY
ASSISTANT UNITED STATES ATTORNEY