UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 3:01CR289 (CFD)** |
| v. | : | |
| **SCOTT KNOX** | : | **JULY 19, 2006** |

## MOTION FOR RETURN OF PASSPORT

The defendant, Scott Knox, respectfully moves this Court for the return of his passport, which is currently in the custody of the Clerk's Office. In support of this Motion, defendant states the following facts:

(1) On December 13, 2001, Mr. Knox was released on a non-surety bond, with a condition, *inter alia*, that he file his passport with the Clerk's Office.

(2) On or about December 28, 2001 Mr. Knox' passport was submitted to the Clerk's Office, and it has remained in the custody of the Clerk since that time.

(3) Given that this case is concluded, and the bond is no longer in effect, it is requested that the Court Order that the passport be returned to Mr. Knox, through the undersigned counsel.

Respectfully submitted,

THE DEFENDANT,
SCOTT KNOX

July 19, 2006

/s/
Richard A. Reeve
Sheehan & Reeve
139 Orange Street, Suite 301
New Haven, CT  06510
(203) 787-9026 (phone)

(203) 787-9031 (fax)
rareeve51@snet.net
Federal Bar No. ct05084

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been sent by first class mail to the following parties of record as listed below, this 19th day of July, 2006:

James J. Finnerty
Assistant United States Attorney
United States Attorney's Office
United States Courthouse
915 Lafayette Boulevard
Bridgeport, CT   06604


   /s/
Richard A. Reeve